FIDELITY AND DEPOSIT COMPANY OF MARYLAND
*v.* STEVEN G. CANNA ET AL.

The petition of the defendant Frank Perotti, Jr., for certification for appeal from the Appellate Court, 47 Conn. App. 908 (AC 16580), is denied.

*John J. Robacynski,* in support of the petition.

*Mark S. Baldwin* and *Kara J. Lane,* in opposition.

Decided December 2, 1997

LAURENCE Z. COHEN *v.* AMERICAN SAW AND MANUFACTURING COMPANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 47 Conn. App. 907 (AC 16617), is denied.

MCDONALD, J., did not participate in the consideration or decision of this petition.

*Laurence Z. Cohen,* pro se, in support of the petition.

*Michael C. Ryan,* in opposition.

Decided December 2, 1997